**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Cathy Cooper,**

        *Plaintiff,*

                              **Case No. 3:17-cv-374**
v.                                 **Judge Thomas M. Rose**

**Andrew Saul, Commissioner of Social Security,**

        *Defendant.*

---

**ENTRY AND ORDER OVERRULING OBJECTION TO REPORT AND RECOMMENDATIONS BY DEFENDANT COMMISSIONER OF SOCIAL SECURITY,** (ECF 17)**, ADOPTING REPORT AND RECOMMENDATIONS,** (ECF 15)**, REMANDING TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER CONSIDERATION CONSISTENT WITH THE REPORT AND RECOMMENDATIONS AND TERMINATING CASE.**

---

      Plaintiff Cathy Cooper filed an action in this Court seeking judicial review of a prior decision by the Commissioner of the Social Security Administration denying Plaintiff's application for Social Security benefits. United States Magistrate Judge Sharon L. Ovington filed a Report and Recommendations (ECF 15) recommending that the Commissioner's decision be vacated and remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration. The Commissioner has filed an objection to the Report and Recommendations. (ECF 17).

      As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court

1

has made a *de novo* review of the record in this case. Upon said review, the Court finds that the Report and Recommendation is correct. Wherefore, the Court **ADOPTS** Report and Recommendations of United States Magistrate Judge Sharon L. Ovington, (ECF 15), **DENIES** the Objection of the Commissioner, (ECF 17); **REMANDS** this case to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this Report and Recommendations,[1] and **TERMINATES** this case on the dockets of the District Court of the United States for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** this Friday, November 15, 2019.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

---

[1] No finding is hereby made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act.