# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CATHY COOPER, | : | Case No. 3:17-cv-00374 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court on the parties' Joint Motion For An Award Attorney's Fees Under The Equal Access To Justice Act. (Doc. #20). The parties stipulate to an award of attorney fees to Plaintiff in the amount of $3,050.00. The award of attorney fees will fully satisfy and settle any and all of Plaintiff's claims for fees, costs, and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412, that may be payable in this case. Any fees paid belong to Plaintiff—not her attorney—and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

**IT IS THEREFORE ORDERED THAT:**

1. The Parties' Joint Motion For An Award Attorney's Fees Under The Equal Access To Justice Act (Doc. #20) is GRANTED, and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $3,050.00;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the valid EAJA assignment; and

3. The case remains terminated on the docket of this Court.

February 10, 2020                                            *s/Thomas M. Rose

                                                                       _____
                                                             Thomas M. Rose
                                                             United States District Judge